1 | K. Randolph Moore, Esq. 106933
2 | Tanya Moore, Esq. SBN 206683
  | MOORE LAW FIRM, P.C.
3 | 332 N. Second Street
  | San Jose, CA  95112
4 | Telephone (408) 271-6600
  | Facsimile (408) 298-6046

5 | Attorneys for Plaintiff
  | Alma Clarisa Hernandez

*IT IS SO ORDERED*
*Judge James Ware*
9/28/2010

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, | No.  5;10-CV-01798-JW |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| vs. | |
| WALGREEN CO. dba WALGREENS PHARMACY and CAPITOL SQUARE PARTNERS, A CALIFORNIA LIMITED PARTNERSHIP, | Assigned to U.S District Judge JAMES WARE |
| Defendants, | Complaint filed:  4/26/10 |

 Plaintiff Alma Clarisa Hernandez, through her attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Walgreen Co. dba Walgreens Pharmacy through their attorney, Brian Crone, Berry & Block LLP, Sacramento, California and Capitol Square Partners, A California Limited Partnership, through their attorney, William R. Shepard, Rochester, Wong & Shepard, San Francisco, California, hereby stipulate that the above-captioned action is dismissed with prejudice.

*Hernandez v. Walgreen Co, et al*

Stipulation for Dismissal

Page 1

1 | Date: September 27, 2010          /s/Tanya Moore

2                                             Tanya Moore

3                                             Attorney for Plaintiff

4 | Date: September 27, 2010          BERRY & BlOCK, LLP

5

6                                             /s/ Brian Crone
                                            Brian Crone, Esq.

7                                             Attorney for Defendant

8                                             Walgreen Co.

9 | Date: September 27, 2010          ROCHESTER, WONG & SHEPARD

10

11                                             /s/ William R. Shepard
                                            William R. Shepard

12                                             Attorney for Defendant

13                                             Capitol Square Partners

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.** The Clerk shall close this file.

Dated: September 28, 2010                  _____
                                         U.S. DISTRICT JUDGE JAMES WARE

*Hernandez v. Walgreen Co, et al*

Stipulation for Dismissal